UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 12-MJ-1142-RBC |
| | ) |
| ANDREW J. MYERS, | ) |
| Defendant | ) |

## GOVERNMENT'S MOTION FOR LEAVE TO UNSEAL THE COMPLAINT AND A REDACTED VERSION OF THE AFFIDAVIT SUBMITTED IN SUPPORT OF THE COMPLAINT

The United States Attorney hereby respectfully moves the Court to unseal the complaint and a redacted version of the supporting Affidavit as filed herewith. The Affidavit filed herewith has been redacted in paragraph 19 to protect the identities of minors and has been redacted in paragraph 23 to remove the email addresses from which the defendant allegedly received child pornography because those addresses may be the subject of further investigation.

WHEREFORE, the United States respectfully requests that the complaint and the redacted version of the supporting affidavit filed herewith be unsealed.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
MARK J. GRADY
Assistant U.S. Attorney